# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFREDO MONTANEZ,** | : | Civil No. 1:12-CV-1530 |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| | : | |
| v. | : | |
| | : | |
| **YORK CITY, PENNSYLVANIA,** | : | |
| **et al.,** | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 4th day of April, 2014, upon consideration of the Defendant's Motion to Reconsider, (Doc. 45.) our Order granting the Plaintiff's Motion to Amend the Complaint, for the reasons set forth in the accompanying memorandum of law this motion is DENIED.

*/S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge